UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

NOT FOR PUBLICATION

| | |
|---|---|
| PREMIER HEALTH CENTER, P.C., JUDSON G. SPRANDEL, II, D.C., BRIAN S. HICKS, D.C., TRI3 ENTERPRISES, LLC, BEVERLY HILLS SURGICAL CENTER, JEREMY RODGERS, D.C., and AMY O'DONNELL, D.C., on their own behalf and on behalf of all others similarly situated, and CONGRESS OF CHIROPRACTIC STATE ASSOCIATIONS, the AMERICAN CHIROPRACTIC ASSOCIATION, the OHIO STATE CHIROPRACTIC ASSOCIATION and THE MISSOURI STATE CHIROPRACTIC ASSOCIATION, in a representational capacity on behalf of their members,<br><br>         Plaintiffs,<br>    v.<br><br>UNITEDHEALTH GROUP, UNITEDHEALTHCARE SERVICES, INC., OPTUMHEALTH, INC., HEALTH NET OF THE NORTHEAST, INC., and HEALTH NET OF NEW YORK, INC.,<br><br>         Defendants. | **CIVIL ACTION 11-425 (FSH)(PS)**<br><br>**ORDER** |

<u>**SALAS, DISTRICT JUDGE**</u>

For the reasons set forth in the Opinion filed herewith,

    IT IS on this 30th Day of March 2012,

    ORDERED that UnitedHealth Group, UnitedHealthcare Services, Inc., and OptumHealth Care Solutions, Inc.'s motion to dismiss—(D.E. 31)—is hereby DENIED as to all claims; and it is further

ORDERED that Defendants Health Net of the Northeast, Inc. and Health Net of New York, Inc.'s motion to dismiss—(D.E. 29)—is hereby GRANTED as to all claims involving Health Net of the Northeast, and all claims in this action against this party are dismissed without prejudice; and it is further

ORDERED that Defendants Health Net of the Northeast, Inc. and Health Net of New York, Inc.'s motion to dismiss—(D.E. 29)—is hereby GRANTED as to Count III against Health Net of New York, and this Count against this party is dismissed without prejudice for the reasons stated in the Opinion filed herewith.

ORDERED that the clerk of Court shall terminate Docket Entry Nos. 29 and 31.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**