UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PREMIER HEALTH CENTER, P.C., et al.,

Plaintiffs,

v.

UNITEDHEALTH GROUP, et al.,

Defendants.

Civ. No. 11-425 (ES)

**O R D E R**

This matter having come before the Court on a Motion for Summary Judgment, submitted by Defendants, pursuant to Federal Rule of Civil Procedure 56(a), against the named plaintiffs of the ERISA Chiropractor Class on all of their claims; and a Motion, submitted by Plaintiffs, to certify both the ERISA Recoupment Class and the ERISA Chiropractor Class, pursuant to Federal Rule of Civil Procedure 23; and the Court having considered the submissions and oral arguments of the parties; and for the reasons set forth in the Opinion of even date;

IT IS on this 1st day of August, 2013, ORDERED that Defendants' Motion for Summary Judgment against the named plaintiffs of the ERISA Chiropractor Class is GRANTED on all of their claims.  Dr. Rodgers' and Dr. O'Donnell's claims are dismissed with prejudice. Consequently, Plaintiffs' Motion to Certify the ERISA Chiropractor Class is DENIED as moot. Plaintiffs' Motion to Certify the ERISA Recoupment Class is also DENIED.

/s/ Dickinson R. Debevoise
DICKINSON R. DEBEVOISE, U.S.S.D.J.