UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PREMIER HEALTH CENTER, P.C., *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> UNITEDHEALTHGROUP, *et al.*, <br><br> Defendants. | Civil Action No. 11-425 (ES)(SCM) <br><br><br> **NOTICE OF MOTION** <br><br> Filing Date: August 16, 2013 <br> Motion Date: September 16, 2013 |

**PLEASE TAKE NOTICE** that on the 16th day of September, 2013, or as soon thereafter as counsel can be heard, Plaintiffs will move before the Honorable Esther Salas, United States District Judge for the District of New Jersey, at the Martin Luther Kind Federal Bldg. and Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order granting Plaintiffs' Motion for Certification of the ONET Repayment Demand and ONET Offset Classes.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs submit herewith a Proposed Order pursuant to L. Civ. R. 7.1(e).

Dated:		August 16, 2013

                                                s/ John W. Leardi  
                                                Vincent N. Buttaci  
                                                John W. Leardi  
                                                Paul D. Werner  
                                                **BUTTACI & LEARDI, LLC**  
                                                103 Carnegie Center, Suite 101  
                                                Princeton, New Jersey 08540  
                                                609.799.5150  

                                                D. Brian Hufford  
                                                Robert J. Axelrod  
                                                Jason S. Cowart  
                                                Anthony F. Maul  
                                                **POMERANTZ GROSSMAN HUFFORD**  
                                                   **DAHLSTOM & GROSS LLP**  
                                                600 Third Avenue  
                                                New York, New York 10016  
                                                212.661.1100  
                                                212.661.8665 (fax)  

                                                *Co-Lead Counsel for Plaintiffs*  
                                                 *and the Putative Classes*