# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

PREMIER HEALTH CENTER, P.C., et al.,

                Plaintiffs,

v.

UNITEDHEALTH GROUP, et al.,

                Defendants.

Civ. No. 11-425 (ES)

**O R D E R**

This matter having come before the Court on a motion, submitted by Defendants, for Summary Judgment against Plaintiff Dr. Judson G. Sprandel, II, D.C., as a named Plaintiff of the ONET Repayment Demand Class; and the Court having considered the submissions of the parties; and for the reasons set forth in the Opinion of even date;

IT IS on this 2nd day of December, 2013, ORDERED that Defendants' Motion for Summary Judgment is DENIED.

                                      **/s/ Dickinson R. Debevoise**
                                      DICKINSON R. DEBEVOISE, U.S.S.D.J.