UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PREMIER HEALTH CENTER, P.C., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, et al.,<br><br>Defendants. | Civ. No. 11-425 (ES)<br><br>**O R D E R** |

This matter having come before the Court on a Motion for Reconsideration, submitted by Defendants, pursuant to Local Civil Rule 7.1(i), of the Court's December 2, 2013 ruling denying summary judgment against Judson G. Sprandel, as a named plaintiff of the ONET Repayment Demand Class; and a Motion, submitted by Plaintiffs, to certify the ONET Repayment Demand Class, pursuant to Federal Rule of Civil Procedure 23; and the Court having considered the submissions of the parties; and for the reasons set forth in the Opinion of even date;

IT IS on this 28th day of August, 2014, ORDERED that Defendants' Motion for Reconsideration is GRANTED. Dr. Sprandel cannot serve as a named Plaintiff of the ONET Repayment Demand Class. Plaintiffs' Motion to Certify the ONET Repayment Demand Class is GRANTED, subject to Plaintiffs' providing evidence that named plaintiffs BHSC and/or Tri3 seeks an ERISA claim against one or more active, unresolved overpayment demands that fit within the definition of the ONET Repayment Demand Class.

2

                    **_/s/ Dickinson R. Debevoise_____**
                    DICKINSON R. DEBEVOISE, U.S.S.D.J.