UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PREMIER HEALTH CENTER, P.C., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, et al.,<br><br>Defendants. | Civ. No. 11-425 (ES)<br><br>**O R D E R** |

This matter having come before the Court on a Motion, submitted by Defendants, for Reconsideration of the Court's August 28, 2014 Order certifying the ONET Repayment Demand Class on a conditional basis; and the Court having granted Plaintiffs' Motion to Substitute Integrated Orthopedics, Inc. in place of Tri3 Enterprises, LLC, as a named plaintiff of the ONET Repayment Demand Class; and the Court having revisited its August 28, 2014 Order certifying the ONET Repayment Demand Class on a conditional basis and ruling that the class would be certified, without condition; and the Court having considered the submissions of the parties; and for the reasons set forth in the Opinion of even date;

IT IS on this 15th day of December, 2014, ORDERED that the Court's August 28, 2014 Order certifying the ONET Repayment Demand Class on a conditional basis is hereby VACATED. The ONET Repayment Demand Class is certified, without condition. Defendants' Motion for Reconsideration is therefore DENIED as moot.

                                          **/s/ Dickinson R. Debevoise**_____
                                          DICKINSON R. DEBEVOISE, U.S.S.D.J.