# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTEGRATED ORTHOPEDICS, INC., *on behalf of itself and a certified class of others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> UNITEDHEALTH GROUP, *et al.*, <br><br> Defendants. | No. 11-cv-425 (ES)(CLW) <br><br><br><br><br><br> Filing Date: February 18, 2021 <br> Motion Date: February 25, 2021 |

## NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, INCLUDING ATTORNEYS' FEES AND COSTS, AND SERVICE AWARD FOR CLASS REPRESENTATIVE

**PLEASE TAKE NOTICE** that on February 25, 2021, or as soon thereafter as counsel can be heard, Plaintiff, by counsel, will move the Court for entry of an Order granting final approval to the class action settlement in the above-captioned case, including attorneys' fees and costs, and a service award for the Class Representative, as fair, reasonable, and adequate under Rule 23 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff will rely on the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Settlement, Including Attorneys' Fees and Costs, and

Service Award for Class Representative, and the Declaration of Andrew N. Goldfarb in support thereof.

**PLEASE TAKE FURTHER NOTICE** that a proposed Final Approval Order and Judgment is also submitted herewith.

Dated: February 18, 2021

/s/ John W. Leardi
John W. Leardi
Vincent N. Buttaci
Paul D. Werner
BUTTACI LEARDI & WERNER LLC
212 Carnegie Center, Suite 202
Princeton, NJ 08540
609-799-5150

D. Brian Hufford
Jason S. Cowart
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th Fl.
New York, NY 10022
212-704-9600

Andrew N. Goldfarb
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
202-778-1800

Anthony F. Maul
THE MAUL FIRM, P.C.
101 Broadway, Suite 3A
Oakland, CA 94607
510-496-4477

*Attorneys for Plaintiff*